IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ERNESTO FALCON JR. and<br>RODOLFO ARZOLA-CARRILLO | Violation:  8 U.S.C. §§ 1324(a)(1)(A)(v)(I)<br>and 1324(a)(1)(B)(i); and 18 U.S.C. § 2 |

**Conspiracy to Transport Illegal Aliens**

The Grand Jury Charges:

In or about November 2022, in the District of North Dakota, and elsewhere,

ERNESTO FALCON JR. and
RODOLFO ARZOLA-CARRILLO

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to commit an offense against the United States, specifically, transporting illegal aliens, contrary to Title 8, United States Code, Section 1324(a)(1)(A)(ii). To wit: knowing or in reckless disregard of the fact that one or more aliens had come to and entered the United States in violation of law, one or more of the conspirators transported, moved, and attempted to transport and move, such aliens within the United States by means of transportation and otherwise, in which the offense was done for the purpose of private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
United States Attorney

JTR/ljc