IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM** |
| RODOLFO ARZOLA-CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Rodolfo Arzola-Carrillo, for his Sentencing Memorandum, states to the Court that he has no objections to the Presentence Investigation Report.

Dated this 31st day of May, 2023.

*(signature)*

Mark A. Meyer
Attorney for Defendant
ND Atty. Reg. No. 04966
205 North 7th Street
P.O. Box 216
Wahpeton, ND 58074-0216
(701) 642-1660
(701) 642-2061 (fax)
markameyer@702com.net

1

## CERTIFICATE OF SERVICE

Mark A. Meyer, Attorney for Defendant Rodolfo Arzola-Carrillo, hereby certifies that on May 31, 2023, the following document:

1. Defendant's Sentencing Memorandum

was served upon:

Jacob T. Rodenbiker
Assistant U.S. Attorney
jake.rodenbiker@usdoj.gov

by filing electronically.

Mark A. Meyer
Attorney for Defendant